**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-2065**

─────────────

In re:  RESHOD JAMAR EVERETT, a/k/a Kool, a/k/a Kool-Aid,

      Petitioner.

─────────────

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:20-cr-00333-D-1; 5:24-cv-00619-D)

─────────────

Submitted:  October 16, 2025                              Decided:  October 20, 2025

─────────────

Before KING, AGEE, and RICHARDSON, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Reshod Jamar Everett, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reshod Jamar Everett petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition and supplemental petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*